```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-9-10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

CAPITOL RECORDS, LLC, *et al.*,

              Plaintiffs,

     v.

VIMEO, LLC d/b/a VIMEO.COM, *et al.*,

              Defendants.

------------------------------- x

No. 09 Civ. 10101 (PKC)

ORDER FOR ADMISSION
*PRO HAC VICE*
ON WRITTEN MOTION

Upon the motion of Jeffrey M. Movit, attorney for Plaintiffs in the above-captioned action, and said sponsor attorney's declaration in support:

**IT IS HEREBY ORDERED** that

    Marc Mayer, Esq.
    Mitchell Silberberg & Knupp LLP
    11377 W. Olympic Blvd.
    Los Angeles, CA 90064
    Tel: 310-312-3154
    Fax: 310-231-8354
    Email: mem@msk.com

is admitted to practice pro hac vice as counsel for the Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: February 9, 2010
      New York, New York

                                                  _____
                                                    United States District Court Judge