USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-25-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, LLC; CAROLINE RECORDS, INC.; and VIRGIN RECORDS AMERICA, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> VIMEO, LLC d/b/a VIMEO.COM; CONNECTED VENTURES, LLC; and DOES 1-20, <br><br> Defendants. | No. 09 Civ. 10101 (PKC) <br><br> ECF Case |
| EMI BLACKWOOD MUSIC, INC.; EMI APRIL MUSIC, INC.; EMI VIRGIN MUSIC, INC.; EMI VIRGIN SONGS, INC.; EMI GOLD HORIZON MUSIC CORP.; EMI U CATALOG, INC.; EMI UNART CATALOG INC.; JOBETE MUSIC CO., INC.; and STONE DIAMOND MUSIC CORPORATION, <br><br> Plaintiffs, <br><br> -against- <br><br> VIMEO, LLC d/b/a VIMEO.COM; CONNECTED VENTURES, LLC; and DOES 1-20, <br><br> Defendants. | No. 09 Civ. 10105 (PKC) <br><br> ECF Case <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES** |

**IT IS HEREBY STIPULATED** by and between all parties to the two above-captioned actions, by their counsel of record, as follows:

**WHEREAS** the action entitled *Capitol Records, LLC et al. v. Vimeo, LLC d/b/a Vimeo.com et al.*, Case No. 09 Civ. 10101(PKC) is pending in this Court, and;

**WHEREAS** the action entitled *EMI Blackwood Music, Inc. et al. v. Vimeo, LLC d/b/a Vimeo.com et al.*, Case No. 09 Civ. 10105(PKC), is pending in this Court; and

**WHEREAS** all parties to the above-captioned actions agree that these two actions should be consolidated for all purposes through the completion of Phase I of these cases pursuant to Fed. R. Civ. Proc. 42(a) because Phase I in each of these two actions contains common questions of law and fact; **NOW THEREFORE,**

**IT IS HEREBY STIPULATED AND AGREED** that pursuant to Fed. R. Civ. Proc. 42(a), the above-captioned action bearing docket number 09 Civ. 10105(PKC) shall be consolidated with the above-captioned action bearing docket number 09 Civ. 10101(PKC) for all purposes through the completion of Phase I of these cases, as scheduled in the Civil Case Management Plan and Scheduling Order, dated April 22, 2010, including summary judgment. This stipulation shall be without prejudice to any rights, claims or defenses of any party to either case, and does not prejudice or waive any party's right to seek or oppose consolidation of these actions for all purposes, including trial, at a later date.

Dated: June 18, 2010
New York, New York

**MITCHELL SILBERBERG & KNUPP LLP**
*Attorneys for Plaintiffs*
Russell J. Frackman
Marc E. Mayer
1377 West Olympic Boulevard
Los Angeles, CA 90064
Telephone: (310) 312-2000
Fax: (310) 312-3100

Christine Lepera
Jeffrey M. Movit
12 East 49th Street, 30th Floor
New York, NY 10017
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

By: _____/s/ M. Movit_____
Christine Lepera
Jeffrey M. Movit

Dated: June 18, 2010
      New York, New York

QUINN EMANUEL URQUHART & SULLIVAN, LLP
*Attorneys for Defendants Vimeo, LLC and Connected Ventures, LLC*
Robert L. Raskopf
Jessica A. Rose
Todd Anten
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Rachel Herrick Kassabian (*pro hac vice*)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

- and –

Michael A. Cheah
VIMEO, LLC
555 West 18th Street
New York, New York 10011
Telephone: (212) 314-7457
Facsimile: (212) 632-9547

By: _____
      Robert L. Raskopf
      Todd Anten

**SO ORDERED:**

_6-24-10_
Dated

_____
U.S.D.J.