USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: DEC 21 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

CAPITOL RECORDS, LLC, et al.,

                               Plaintiffs,

-v-

VIMEO, LLC d/b/a VIMEO.COM, et al.,

                               Defendants.

----------------------------------------------------------X

EMI BLACKWOOD MUSIC, INC, et al.,

                               Plaintiff,

-v-

VIMEO, LLC d/b/a VIMEO.COM, et al.,

                               Defendants.

----------------------------------------------------------X

ORDER

No. 09 Civ. 10101 (RA)

No. 09 Civ. 10105 (RA)

RONNIE ABRAMS, United States District Judge:

Defendants submitted letters to the Court on November 5, 2012 and November 29, 2012 requesting that certain materials related to Plaintiffs' motion for summary judgment be filed under seal or in redacted form. Defendants seek to file two categories of exhibits under seal or with redactions: (1) the names and e-mail addresses of third-party users of the Vimeo website, and (2) sensitive and confidential business and financial information.

Having examined the redactions proposed by Defendants to the materials submitted with Plaintiffs' motion for summary judgment, and the reasons given for the confidential treatment of such designated material, the Court finds that the proposed redactions relate to sensitive private,

proprietary and commercial information of Defendants concerning their business including revenue calculations, revenue projections and monetization strategies, in addition to personal information of their employers and contacts. In the Court's view, the protection of the value of this information to its owners outweighs any countervailing public interest in its disclosure to the general public and to competitors.

For the foregoing reasons, Defendants' request to file exhibits in redacted form is granted. The parties are directed to file their summary judgment motion papers on ECF in conformity with the above rulings within ten days of the date of this Order.

SO ORDERED.

Dated:   December 21, 2012
         New York, New York

_____
Ronnie Abrams
United States District Judge