**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

**MS&K**

Jeffrey M. Movit
Attorney-at-Law
(917) 546-7708 Phone
(917) 546-7678 Fax
jmm@msk.com

# MEMO ENDORSED

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: DEC 28 2012
```

December 27, 2012

BY EMAIL
Hon. Ronnie Abrams, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Capitol Records, LLC et al. v. Vimeo, LLC, et al. - Case No. 09-CV-10101
EMI Blackwood Music, Inc. et al. v. Vimeo, LLC, et al. - Case No. 09-CV-10105

Dear Judge Abrams:

We are counsel for the Plaintiffs in the above-referenced actions.

We write to respectfully request that the deadline set forth in this Court's December 21, 2012 Order for Plaintiffs to file a redacted copy of their initial summary judgment papers on the ECF system be extended from January 2, 2013 to January 7, 2013.[1]

This short extension is requested on the ground that the personnel who will be responsible for preparing this redacted filing are currently away on vacation. There have been no previous requests for an extension of this deadline. Defendants' counsel does not object to this extension.

We appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Jeffrey M. Movit*

Jeffrey M. Movit
Attorney-at-Law for
MITCHELL SILBERBERG & KNUPP LLP

cc: Counsel for Defendants *(via email)*

Application granted.

*/s/*

U.S.D.J
12/28/12

---

[1] The December 21, 2012 Order (which first appeared on the ECF docket yesterday) directed these materials to be filed within ten days of the date of the Order. Because December 31, 2012 and the day thereafter are both Court holidays, the deadline for this filing is currently January 2, 2013. *See* Fed. R. Civ. P. 6(a)(1).

5040068.1/37182-00017

12 East 49th Street, 30th Floor, New York, New York 10017-1028
Phone: (212) 509-3900  Fax: (212) 509-7239  Website: www.msk.com