UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, LLC, a Delaware limited liability company; CAROLINE RECORDS, INC., a New York Corporation; VIRGIN RECORDS AMERICA, INC., a California Corporation, <br><br>                Plaintiffs, <br>v. <br><br>VIMEO, LLC d/b/a VIMEO.COM, a Delaware Limited Liability Company; CONNECTED VENTURES, LLC, a Delaware Limited Liability Company, and DOES 1-20, inclusive, <br><br>                Defendants. | CASE NOS.   09 CV 10101 (RA) <br>                09 CV 10105 (RA) <br><br><br>**NOTICE OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON DEFENDANTS' DEFENSE UNDER SECTION 512 OF THE DMCA** |
| EMI BLACKWOOD MUSIC, INC., a Connecticut Corporation; EMI APRIL MUSIC, INC., a Connecticut Corporation; EMI VIRGIN MUSIC, INC., a New York Corporation; COLGEMS-EMI MUSIC, INC., a Delaware Corporation; EMI VIRGIN SONGS, INC., a New York Corporation; EMI GOLD HORIZON MUSIC CORP., a New York Corporation; EMI U CATALOG, INC., a New York Corporation; EMI UNART CATALOG INC., a New York Corporation; JOBETE MUSIC CO., INC., a Michigan Corporation; and STONE DIAMOND MUSIC CORPORATION, a Michigan Corporation, <br><br>                Plaintiffs, <br><br>v. <br><br>VIMEO, LLC d/b/a VIMEO.COM, a Delaware Limited Liability Company; CONNECTED VENTURES, LLC, a Delaware Limited Liability Company, and DOES 1-20, inclusive, <br><br>                Defendants. | |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law; Local

Rule 56.1 Statement; Declarations of Russell J. Frackman, Bruce Ward, Ellis Horowitz, Ph.D,

James D. Berkley, Affidavit of Christopher Butler, and exhibits thereto; and Request for Judicial

Notice and exhibits thereto, Plaintiffs[1] hereby move this Court before the Honorable Ronnie

Abrams, United States District Judge for the Southern District of New York, for an order

pursuant to Rule 56 of the Federal Rules of Civil Procedure granting partial summary judgment

and dismissing Defendants' defense asserted under Section 512 of the Digital Millennium

Copyright Act.


DATED:   October 12, 2012                MITCHELL SILBERBERG & KNUPP LLP
         New York, New York


                                         By:  _____ /s/ Russell J. Frackman _____
                                              Russell J. Frackman (*pro hac vice*)
                                              Marc E. Mayer (*pro hac vice*)
                                              11377 West Olympic Boulevard
                                              Los Angeles, California 90064-1683
                                              Telephone: (310) 312-2000

                                              Christine Lepera (ctl@msk.com)
                                              12 East 49th Street, 30th Floor
                                              New York, New York 10017
                                              Telephone: (212) 509-3900

                                              *Attorneys for Plaintiffs*

---

[1] Plaintiffs are Capitol Records, LLC, Caroline Records, Inc., Virgin Records America, Inc., EMI Blackwood Music, Inc., EMI April Music, Inc., EMI Virgin Music, Inc., Colgems-EMI Music, Inc., EMI Virgin Songs, Inc., EMI Gold Horizon Music Corp., EMI U Catalog, Inc., EMI Unart Catalog Inc., Jobete Music Co., Inc., and Stone Diamond Music Corporation.

1

4907321.1