**MEMO ENDORSED**

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

**MS&K**

Jeffrey M. Movit
Attorney-at-Law
(917) 546-7708 Phone
(917) 546-7678 Fax
jmm@msk.com

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 08 2013

February 8, 2013

BY EMAIL (ABRAMS_NYSDCHAMBERS@NYSD.USCOURTS.GOV)
Hon. Ronnie Abrams, U.S.D.J.
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2203
New York, NY 10007

Re: Capitol Records, LLC, et al. v. Vimeo, LLC, et al. - Case No. 09-CV-10101
EMI Blackwood Music, Inc., et al. v. Vimeo, LLC, et al. - Case No. 09-CV-10105

Dear Judge Abrams:

We are counsel for Plaintiffs in the above-referenced actions.

As the Court may be aware, briefing on the parties' cross-motions for summary judgment on Defendants' affirmative defense under Section 512 of the Digital Millennium Copyright Act concluded on January 30, 2013. Courtesy copies of all documents served by Plaintiffs with respect to these motions have been submitted to Your Honor's chambers. Per the Court's directive, Plaintiffs also have filed partially redacted copies of these papers electronically via ECF.

By this letter, Plaintiffs seek leave from the Court to manually file the DVD-ROM attached as Exhibit 2 to the Supplemental Declaration of James D. Berkley (*see* Docket No. 107 in Case No. 09-CV-10101, Docket No. 105 in Case No. 09-CV-10105) with the Clerk of Court. Copies of this DVD-ROM were served on Defendants and were included with the initial courtesy copies of Plaintiffs' papers that we submitted to Your Honor's chambers, as well as with the additional courtesy copies supplied upon the conclusion of briefing. However, this exhibit has not been filed electronically because it contains videos that cannot be filed through the ECF system. Accordingly, Plaintiffs respectfully request that the Court grant permission, by endorsing this letter, for this DVD-ROM to be manually filed with the Clerk of Court so that it will be part of the official record in these actions.

LETTER T.1

12 East 49th Street, 30th Floor, New York, New York 10017-1028
Phone: (212) 509-3900 Fax: (212) 509-7239 Website: WWW.MSK.COM

## MITCHELL SILBERBERG & KNUPP LLP

Hon. Ronnie Abrams, U.S.D.J.
February 8, 2013
Page 2

We appreciate the Court's consideration of this request.

Respectfully submitted,

*[signature]*

Jeffrey M. Movit
Attorney-at-Law for
MITCHELL SILBERBERG & KNUPP LLP

cc:   Counsel for Defendants *(via email)*

APPLICATION GRANTED
SO ORDERED

*[signature]*

RONNIE ABRAMS, U.S.D.J.
2/8/13

LETTER T.1