USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

CAPITOL RECORDS, LLC, et al.,

                Plaintiffs,

      -v-

VIMEO, LLC d/b/a VIMEO.COM, et al.,

                Defendants.
-------------------------------------------------------X

EMI BLACKWOOD MUSIC, INC, et al.,

                Plaintiffs,

      -v-

VIMEO, LLC d/b/a VIMEO.COM, et al.,

                Defendants.
-------------------------------------------------------X

ORDER

No. 09 Civ. 10101 (RA)

No. 09 Civ. 10105 (RA)

RONNIE ABRAMS, United States District Judge:

    An oral argument is scheduled in this matter on July 18, 2013 at 10:00 a.m. to be held in Courtroom 1506 at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

Dated:    June 6, 2013
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge