<u>Schedule B</u>
**Representative Infringements of**
**Plaintiffs' Pre-1972 Sound Recordings**

| Artist | Title | Plaintiff | Example URL |
|---|---|---|---|
| Art Blakey | Blues March | Capitol Records, LLC | http://vimeo.com/50579489 |
| Art Blakey | Moanin' | Capitol Records, LLC | http://vimeo.com/38313947 |
| Badfinger | Come and Get It | Capitol Records, LLC | http://vimeo.com/54509124 |
| Badfinger | Day After Day | Capitol Records, LLC | http://vimeo.com/54510096 |
| Badfinger | No Matter What | Capitol Records, LLC | http://vimeo.com/41944792 |
| Beach Boys | 409 | Capitol Records, LLC | http://vimeo.com/6128969 |
| Beach Boys | Barbara Ann | Capitol Records, LLC | http://vimeo.com/9863624 |
| Beach Boys | Be True to Your School | Capitol Records, LLC | http://vimeo.com/36743403 |
| Beach Boys | California Girls | Capitol Records, LLC | http://vimeo.com/5123675 |
| Beach Boys | Caroline No | Capitol Records, LLC | http://vimeo.com/18417670 |
| Beach Boys | Caroline No | Capitol Records, LLC | http://vimeo.com/57728225 |
| Beach Boys | Catch A Wave | Capitol Records, LLC | http://vimeo.com/1739076 |
| Beach Boys | Cherry Cherry Coupe | Capitol Records, LLC | http://vimeo.com/23033371 |
| Beach Boys | Crazy Car Cutie | Capitol Records, LLC | http://vimeo.com/24085464 |
| Beach Boys | Don't Worry Baby | Capitol Records, LLC | http://vimeo.com/68069770 |
| Beach Boys | Fun Fun Fun | Capitol Records, LLC | http://vimeo.com/16360541 |
| Beach Boys | God Only Knows | Capitol Records, LLC | http://vimeo.com/14260613 |
| Beach Boys | God Only Knows | Capitol Records, LLC | http://vimeo.com/1801617 |
| Beach Boys | God Only Knows | Capitol Records, LLC | http://vimeo.com/1914129 |
| Beach Boys | Good Vibrations | Capitol Records, LLC | http://vimeo.com/21773621 |
| Beach Boys | Help Me Rhonda | Capitol Records, LLC | http://vimeo.com/28389893 |
| Beach Boys | Here Today | Capitol Records, LLC | http://vimeo.com/37856073 |
| Beach Boys | Heroes & Villians | Capitol Records, LLC | http://vimeo.com/7194851 |
| Beach Boys | I Get Around | Capitol Records, LLC | http://vimeo.com/8290667 |
| Beach Boys | I Get Around | Capitol Records, LLC | http://vimeo.com/11723733 |
| Beach Boys | Little Deuce Coupe | Capitol Records, LLC | http://vimeo.com/869014 |
| Beach Boys | Little Saint Nick | Capitol Records, LLC | http://vimeo.com/18221813 |
| Beach Boys | Passing By | Capitol Records, LLC | http://vimeo.com/2329234 |
| Beach Boys | Sloop John B | Capitol Records, LLC | http://vimeo.com/10023990 |
| Beach Boys | Surfin USA | Capitol Records, LLC | http://vimeo.com/3981329 |
| Beach Boys | Surfin USA | Capitol Records, LLC | http://vimeo.com/46945073 |
| Beach Boys | The Little Girl I Once Knew | Capitol Records, LLC | http://vimeo.com/1737834 |
| Beach Boys | Wouldn't It Be Nice | Capitol Records, LLC | http://vimeo.com/195180 |
| Beach Boys | Wouldn't It Be Nice | Capitol Records, LLC | http://vimeo.com/9333689 |
| Beatles | A Day In the Life | Capitol Records, LLC | http://vimeo.com/163686 |
| Beatles | A Day In the Life | Capitol Records, LLC | http://vimeo.com/9878018 |
| Beatles | A Day in the Life | Capitol Records, LLC | http://vimeo.com/16346473 |
| Beatles | A Hard Day's Night | Capitol Records, LLC | http://vimeo.com/7181900 |

<u>Schedule B</u>
**Representative Infringements of**
**Plaintiffs' Pre-1972 Sound Recordings**

| Artist | Title | Plaintiff | Example URL |
|---|---|---|---|
| Beatles | A Hard Day's Night | Capitol Records, LLC | http://vimeo.com/34957139 |
| Beatles | A Hard Day's Night | Capitol Records, LLC | http://vimeo.com/6758369 |
| Beatles | Across the Universe | Capitol Records, LLC | http://vimeo.com/4831217 |
| Beatles | Across the Universe (alternate version) | Capitol Records, LLC | http://vimeo.com/1268623 |
| Beatles | All My Loving | Capitol Records, LLC | http://vimeo.com/3525021 |
| Beatles | All My Loving | Capitol Records, LLC | http://vimeo.com/62983608 |
| Beatles | All Together Now | Capitol Records, LLC | http://vimeo.com/106867 |
| Beatles | All You Need Is Love | Capitol Records, LLC | http://vimeo.com/264312 |
| Beatles | All You Need is Love | Capitol Records, LLC | http://vimeo.com/38149218 |
| Beatles | All You Need is Love | Capitol Records, LLC | http://vimeo.com/40921952 |
| Beatles | And I Love Her | Capitol Records, LLC | http://vimeo.com/13402446 |
| Beatles | And Your Bird Can Sing | Capitol Records, LLC | http://vimeo.com/1735496 |
| Beatles | Another Girl | Capitol Records, LLC | http://vimeo.com/8850019 |
| Beatles | Any Time At All | Capitol Records, LLC | http://vimeo.com/2281217 |
| Beatles | Baby It's You | Capitol Records, LLC | http://vimeo.com/4092159 |
| Beatles | Baby It's You | Capitol Records, LLC | http://vimeo.com/51889977 |
| Beatles | Baby You're a Rich Man | Capitol Records, LLC | http://vimeo.com/1334655 |
| Beatles | Back in the U.S.S.R. | Capitol Records, LLC | http://vimeo.com/207723 |
| Beatles | Back in the U.S.S.R. | Capitol Records, LLC | http://vimeo.com/37535770 |
| Beatles | Back in the U.S.S.R. | Capitol Records, LLC | http://vimeo.com/26567025 |
| Beatles | Back in the U.S.S.R. | Capitol Records, LLC | http://vimeo.com/17214077 |
| Beatles | Back in the U.S.S.R. | Capitol Records, LLC | http://vimeo.com/28723471 |
| Beatles | Back in the USSR | Capitol Records, LLC | http://vimeo.com/10856902 |
| Beatles | Because | Capitol Records, LLC | http://vimeo.com/57083637 |
| Beatles | Being for the Benefit of Mr. Kite | Capitol Records, LLC | http://vimeo.com/9614024 |
| Beatles | Being for the Benefit of Mr. Kite | Capitol Records, LLC | http://vimeo.com/33658951 |
| Beatles | Birthday | Capitol Records, LLC | http://vimeo.com/10311486 |
| Beatles | Birthday | Capitol Records, LLC | http://vimeo.com/1769866 |
| Beatles | Birthday | Capitol Records, LLC | http://vimeo.com/3857983 |
| Beatles | Birthday | Capitol Records, LLC | http://vimeo.com/32050875 |
| Beatles | Birthday | Capitol Records, LLC | http://vimeo.com/10097379 |
| Beatles | Blackbird | Capitol Records, LLC | http://vimeo.com/5787621 |
| Beatles | Blackbird | Capitol Records, LLC | http://vimeo.com/33007552 |
| Beatles | Blue Jay Way | Capitol Records, LLC | http://vimeo.com/51362350 |
| Beatles | Bungalow Bill | Capitol Records, LLC | http://vimeo.com/11857990 |
| Beatles | Can't Buy Me Love | Capitol Records, LLC | http://vimeo.com/51425543 |
| Beatles | Carry That Weight | Capitol Records, LLC | http://vimeo.com/11394100 |
| Beatles | Come Together | Capitol Records, LLC | http://vimeo.com/1971397 |

<u>Schedule B</u>
**Representative Infringements of**
**Plaintiffs' Pre-1972 Sound Recordings**

| Artist | Title | Plaintiff | Example URL |
|---|---|---|---|
| Beatles | Come Together | Capitol Records, LLC | http://vimeo.com/7539759 |
| Beatles | Day Tripper | Capitol Records, LLC | http://vimeo.com/6743203 |
| Beatles | Day Tripper | Capitol Records, LLC | http://vimeo.com/20065953 |
| Beatles | Day Tripper | Capitol Records, LLC | http://vimeo.com/6770851 |
| Beatles | Dear Prudence | Capitol Records, LLC | http://vimeo.com/3190482 |
| Beatles | Dig a Pony | Capitol Records, LLC | http://vimeo.com/28360618 |
| Beatles | Don't Bother Me | Capitol Records, LLC | http://vimeo.com/15260530 |
| Beatles | Don't Let Me Down | Capitol Records, LLC | http://vimeo.com/202585 |
| Beatles | Don't Let Me Down | Capitol Records, LLC | http://vimeo.com/49222695 |
| Beatles | Drive My Car | Capitol Records, LLC | http://vimeo.com/8103540 |
| Beatles | Eight Days a Week | Capitol Records, LLC | http://vimeo.com/49461887 |
| Beatles | Eleanor Rigby | Capitol Records, LLC | http://vimeo.com/1221618 |
| Beatles | Eleanor Rigby | Capitol Records, LLC | http://vimeo.com/39871734 |
| Beatles | Eleanor Rigby | Capitol Records, LLC | http://vimeo.com/4195239 |
| Beatles | Everybody's Got Something to Hide Except Me and My Monkey | Capitol Records, LLC | http://vimeo.com/42048243 |
| Beatles | Everybody's Got Something to Hide Except Me and My Monkey | Capitol Records, LLC | http://vimeo.com/9835741 |
| Beatles | Fixing a Hole | Capitol Records, LLC | http://vimeo.com/3478390 |
| Beatles | Flying | Capitol Records, LLC | http://vimeo.com/1453540 |
| Beatles | For No One | Capitol Records, LLC | http://vimeo.com/45969040 |
| Beatles | For You Blue | Capitol Records, LLC | http://vimeo.com/13755869 |
| Beatles | Get Back | Capitol Records, LLC | http://vimeo.com/37866627 |
| Beatles | Get Back | Capitol Records, LLC | http://vimeo.com/49147507 |
| Beatles | Get Back | Capitol Records, LLC | http://vimeo.com/43161752 |
| Beatles | Get Back | Capitol Records, LLC | http://vimeo.com/70076222 |
| Beatles | Get Back | Capitol Records, LLC | http://vimeo.com/70166487 |
| Beatles | Getting Better | Capitol Records, LLC | http://vimeo.com/7778015 |
| Beatles | Glass Onion | Capitol Records, LLC | http://vimeo.com/4384240 |
| Beatles | Golden Slumbers | Capitol Records, LLC | http://vimeo.com/11394100 |
| Beatles | Good Day Sunshine | Capitol Records, LLC | http://vimeo.com/6522977 |
| Beatles | Got to Get You Into My Life | Capitol Records, LLC | http://vimeo.com/45969040 |
| Beatles | Happiness Is a Warm Gun | Capitol Records, LLC | http://vimeo.com/3929685 |
| Beatles | Hard Day's Night | Capitol Records, LLC | http://vimeo.com/10864426 |
| Beatles | Hello Goodbye | Capitol Records, LLC | http://vimeo.com/286941 |
| Beatles | Help! | Capitol Records, LLC | http://vimeo.com/16552760 |
| Beatles | Help! | Capitol Records, LLC | http://vimeo.com/6612175 |
| Beatles | Help! | Capitol Records, LLC | http://vimeo.com/44103976 |

<u>Schedule B</u>
**Representative Infringements of**
**Plaintiffs' Pre-1972 Sound Recordings**

| Artist | Title | Plaintiff | Example URL |
|---|---|---|---|
| Beatles | Help! | Capitol Records, LLC | http://vimeo.com/36030888 |
| Beatles | Help! | Capitol Records, LLC | http://vimeo.com/12315209 |
| Beatles | Help! | Capitol Records, LLC | http://vimeo.com/8814897 |
| Beatles | Helter Skelter | Capitol Records, LLC | http://vimeo.com/7753547 |
| Beatles | Helter Skelter | Capitol Records, LLC | http://vimeo.com/5367809 |
| Beatles | Helter Skelter | Capitol Records, LLC | http://vimeo.com/57942581 |
| Beatles | Here Comes the Sun | Capitol Records, LLC | http://vimeo.com/12100340 |
| Beatles | Here Comes the Sun | Capitol Records, LLC | http://vimeo.com/33690654 |
| Beatles | Here Comes the Sun | Capitol Records, LLC | http://vimeo.com/21628101 |
| Beatles | Here Comes the Sun | Capitol Records, LLC | http://vimeo.com/18252831 |
| Beatles | Here Comes the Sun | Capitol Records, LLC | http://vimeo.com/53813431 |
| Beatles | Here There and Everywhere | Capitol Records, LLC | http://vimeo.com/60032456 |
| Beatles | Hey Bulldog | Capitol Records, LLC | http://vimeo.com/1598236 |
| Beatles | Hey Jude | Capitol Records, LLC | http://vimeo.com/8856026 |
| Beatles | Hey Jude | Capitol Records, LLC | http://vimeo.com/15572428 |
| Beatles | Hold Me Tight | Capitol Records, LLC | http://vimeo.com/13048432 |
| Beatles | Honey Pie | Capitol Records, LLC | http://vimeo.com/10769584 |
| Beatles | I am the Walrus | Capitol Records, LLC | http://vimeo.com/4920129 |
| Beatles | I Feel Fine | Capitol Records, LLC | http://vimeo.com/51036928 |
| Beatles | I Feel Fine | Capitol Records, LLC | http://vimeo.com/304606 |
| Beatles | I Saw Her Standing There | Capitol Records, LLC | http://vimeo.com/5528977 |
| Beatles | I Saw Her Standing There | Capitol Records, LLC | http://vimeo.com/12118870 |
| Beatles | I Want To Hold Your Hand | Capitol Records, LLC | http://vimeo.com/32023901 |
| Beatles | I Want to Tell You | Capitol Records, LLC | http://vimeo.com/45969040 |
| Beatles | I Want You (She's So Heavy) | Capitol Records, LLC | http://vimeo.com/69962998 |
| Beatles | If I Needed Someone | Capitol Records, LLC | http://vimeo.com/57083637 |
| Beatles | I'll Get You | Capitol Records, LLC | http://vimeo.com/32024049 |
| Beatles | I'm Looking Through You | Capitol Records, LLC | http://vimeo.com/751559 |
| Beatles | I'm Only Sleeping | Capitol Records, LLC | http://vimeo.com/1785646 |
| Beatles | I'm Only Sleeping | Capitol Records, LLC | http://vimeo.com/10806448 |
| Beatles | I'm So Tired | Capitol Records, LLC | http://vimeo.com/2176166 |
| Beatles | In My Life | Capitol Records, LLC | http://vimeo.com/474061 |
| Beatles | It Won't Be Long | Capitol Records, LLC | http://vimeo.com/7329745 |
| Beatles | It's All Too Much | Capitol Records, LLC | http://vimeo.com/8404049 |
| Beatles | It's Only Love | Capitol Records, LLC | http://vimeo.com/3340760 |
| Beatles | I've Got a Feeling | Capitol Records, LLC | http://vimeo.com/60138529 |
| Beatles | Julia | Capitol Records, LLC | http://vimeo.com/4738789 |
| Beatles | Lady Madonna | Capitol Records, LLC | http://vimeo.com/7240382 |

<u>Schedule B</u>
**Representative Infringements of**
**Plaintiffs' Pre-1972 Sound Recordings**

| Artist | Title | Plaintiff | Example URL |
|---|---|---|---|
| Beatles | Let It Be | Capitol Records, LLC | http://vimeo.com/1801511 |
| Beatles | Let It Be | Capitol Records, LLC | http://vimeo.com/20166713 |
| Beatles | Love Me Do | Capitol Records, LLC | http://vimeo.com/8043711 |
| Beatles | Love Me Do | Capitol Records, LLC | http://vimeo.com/69167044 |
| Beatles | Love Me Do | Capitol Records, LLC | http://vimeo.com/75201699 |
| Beatles | Love Me Do | Capitol Records, LLC | http://vimeo.com/38578475 |
| Beatles | Love Me Do | Capitol Records, LLC | http://vimeo.com/48559674 |
| Beatles | Lovely Rita | Capitol Records, LLC | http://vimeo.com/47827485 |
| Beatles | Lucy in the Sky With Diamonds | Capitol Records, LLC | http://vimeo.com/2778503 |
| Beatles | Lucy in the Sky With Diamonds | Capitol Records, LLC | http://vimeo.com/13447001 |
| Beatles | Lucy in the Sky with Diamonds | Capitol Records, LLC | http://vimeo.com/9463170 |
| Beatles | Magical Mystery Tour | Capitol Records, LLC | http://vimeo.com/4417847 |
| Beatles | Magical Mystery Tour | Capitol Records, LLC | http://vimeo.com/5390457 |
| Beatles | Maxwell's Silver Hammer | Capitol Records, LLC | http://vimeo.com/8163884 |
| Beatles | Mean Mr. Mustard | Capitol Records, LLC | http://vimeo.com/11394100 |
| Beatles | Mean Mr. Mustard | Capitol Records, LLC | http://vimeo.com/10543353 |
| Beatles | Norwegian Wood (This Bird Has Flown) | Capitol Records, LLC | http://vimeo.com/25387531 |
| Beatles | Nowhere Man | Capitol Records, LLC | http://vimeo.com/5465219 |
| Beatles | Ob-La-Di, Ob-La-Da | Capitol Records, LLC | http://vimeo.com/2786583 |
| Beatles | Ob-La-Di, Ob-La-Da | Capitol Records, LLC | http://vimeo.com/26193810 |
| Beatles | Octopus's Garden | Capitol Records, LLC | http://vimeo.com/192834 |
| Beatles | Octopus's Garden | Capitol Records, LLC | http://vimeo.com/6672610 |
| Beatles | Octopus's Garden | Capitol Records, LLC | http://vimeo.com/18874249 |
| Beatles | Octopus's Garden | Capitol Records, LLC | http://vimeo.com/9397393 |
| Beatles | Oh! Darling | Capitol Records, LLC | http://vimeo.com/38900189 |
| Beatles | Oh! Darling | Capitol Records, LLC | http://vimeo.com/15611038 |
| Beatles | Paperback Writer | Capitol Records, LLC | http://vimeo.com/5320950 |
| Beatles | Paperback Writer | Capitol Records, LLC | http://vimeo.com/22875568 |
| Beatles | Paperback Writer | Capitol Records, LLC | http://vimeo.com/22769208 |
| Beatles | Penny Lane | Capitol Records, LLC | http://vimeo.com/62983545 |
| Beatles | Penny Lane | Capitol Records, LLC | http://vimeo.com/44128908 |
| Beatles | Piggies | Capitol Records, LLC | http://vimeo.com/7619919 |
| Beatles | Please Please Me | Capitol Records, LLC | http://vimeo.com/19947247 |
| Beatles | Please Please Me | Capitol Records, LLC | http://vimeo.com/22875568 |
| Beatles | Polythene Pam | Capitol Records, LLC | http://vimeo.com/5494943 |
| Beatles | Polythene Pam | Capitol Records, LLC | http://vimeo.com/10543353 |
| Beatles | Polythene Pam | Capitol Records, LLC | http://vimeo.com/33989086 |
| Beatles | Rain | Capitol Records, LLC | http://vimeo.com/10992434 |

**Schedule B**
**Representative Infringements of**
**Plaintiffs' Pre-1972 Sound Recordings**

| Artist | Title | Plaintiff | Example URL |
|---|---|---|---|
| Beatles | Revolution | Capitol Records, LLC | http://vimeo.com/1402132 |
| Beatles | Revolution | Capitol Records, LLC | http://vimeo.com/32024082 |
| Beatles | Revolution | Capitol Records, LLC | http://vimeo.com/7280973 |
| Beatles | Revolution | Capitol Records, LLC | http://vimeo.com/44267292 |
| Beatles | Revolution 9 | Capitol Records, LLC | http://vimeo.com/2341211 |
| Beatles | Rock and Roll Music | Capitol Records, LLC | http://vimeo.com/36710084 |
| Beatles | Rocky Raccoon | Capitol Records, LLC | http://vimeo.com/22099062 |
| Beatles | Roll Over Beethoven | Capitol Records, LLC | http://vimeo.com/18863487 |
| Beatles | Sgt. Pepper's Lonely Hearts Club Band | Capitol Records, LLC | http://vimeo.com/7127338 |
| Beatles | Sgt. Pepper's Lonely Hearts Club Band (Reprise) | Capitol Records, LLC | http://vimeo.com/8291358 |
| Beatles | She Came In Through the Bathroom Window | Capitol Records, LLC | http://vimeo.com/5494943 |
| Beatles | She Came in Through the Bathroom Window | Capitol Records, LLC | http://vimeo.com/30827074 |
| Beatles | She Loves You | Capitol Records, LLC | http://vimeo.com/32024200 |
| Beatles | She Said, She Said | Capitol Records, LLC | http://vimeo.com/46921441 |
| Beatles | She's Leaving Home | Capitol Records, LLC | http://vimeo.com/164417 |
| Beatles | Something | Capitol Records, LLC | http://vimeo.com/32032287 |
| Beatles | Something | Capitol Records, LLC | http://vimeo.com/37549772 |
| Beatles | Something | Capitol Records, LLC | http://vimeo.com/51802439 |
| Beatles | Strawberry Fields Forever | Capitol Records, LLC | http://vimeo.com/5991273 |
| Beatles | Sun King | Capitol Records, LLC | http://vimeo.com/8810273 |
| Beatles | Taxman | Capitol Records, LLC | http://vimeo.com/2853747 |
| Beatles | Taxman | Capitol Records, LLC | http://vimeo.com/63605463 |
| Beatles | Taxman | Capitol Records, LLC | http://vimeo.com/11327605 |
| Beatles | Taxman | Capitol Records, LLC | http://vimeo.com/9800069 |
| Beatles | The End | Capitol Records, LLC | http://vimeo.com/11394100 |
| Beatles | The Fool on the Hill | Capitol Records, LLC | http://vimeo.com/22682543 |
| Beatles | The Fool on the Hill | Capitol Records, LLC | http://vimeo.com/51357830 |
| Beatles | The Fool on the Hill | Capitol Records, LLC | http://vimeo.com/17648397 |
| Beatles | The Long and Winding Road | Capitol Records, LLC | http://vimeo.com/9229316 |
| Beatles | The Night Before | Capitol Records, LLC | http://vimeo.com/46718281 |
| Beatles | Ticket To Ride | Capitol Records, LLC | http://vimeo.com/11191423 |
| Beatles | Ticket to Ride | Capitol Records, LLC | http://vimeo.com/22875568 |
| Beatles | Tomorrow Never Knows | Capitol Records, LLC | http://vimeo.com/191719 |
| Beatles | Tomorrow Never Knows | Capitol Records, LLC | http://vimeo.com/43617355 |
| Beatles | Twist and Shout | Capitol Records, LLC | http://vimeo.com/8732021 |

**Schedule B**
**Representative Infringements of**
**Plaintiffs' Pre-1972 Sound Recordings**

| Artist | Title | Plaintiff | Example URL |
|---|---|---|---|
| Beatles | Twist and Shout | Capitol Records, LLC | http://vimeo.com/32024270 |
| Beatles | Two Of Us | Capitol Records, LLC | http://vimeo.com/4533598 |
| Beatles | We Can Work It Out | Capitol Records, LLC | http://vimeo.com/8219774 |
| Beatles | When I'm 64 | Capitol Records, LLC | http://vimeo.com/2778503 |
| Beatles | While My Guitar Gently Weeps | Capitol Records, LLC | http://vimeo.com/3276302 |
| Beatles | While My Guitar Gently Weeps | Capitol Records, LLC | http://vimeo.com/35963449 |
| Beatles | Why Don't We Do It In the Road | Capitol Records, LLC | http://vimeo.com/7059668 |
| Beatles | Why Don't We Do It in the Road | Capitol Records, LLC | http://vimeo.com/20405905 |
| Beatles | Why Don't We Do It in the Road | Capitol Records, LLC | http://vimeo.com/53813431 |
| Beatles | With A Little Help From My Friends | Capitol Records, LLC | http://vimeo.com/6416213 |
| Beatles | Within You Without You | Capitol Records, LLC | http://vimeo.com/6743128 |
| Beatles | Within You Without You (Instrumental) | Capitol Records, LLC | http://vimeo.com/8781201 |
| Beatles | Words of Love | Capitol Records, LLC | http://vimeo.com/3254994 |
| Beatles | Yellow Submarine | Capitol Records, LLC | http://vimeo.com/398712 |
| Beatles | Yellow Submarine | Capitol Records, LLC | http://vimeo.com/6068912 |
| Beatles | Yesterday | Capitol Records, LLC | http://vimeo.com/2393035 |
| Beatles | You Never Give Me Your Money | Capitol Records, LLC | http://vimeo.com/11394100 |
| Beatles | Your Mother Should Know | Capitol Records, LLC | http://vimeo.com/51360519 |
| Beatles | You're Going to Lose that Girl | Capitol Records, LLC | http://vimeo.com/22282455 |
| Beatles | You've Got to Hide Your Love Away | Capitol Records, LLC | http://vimeo.com/2953504 |
| Charlie Rouse | Merci Bon Dieu | Capitol Records, LLC | http://vimeo.com/73134732 |
| David Bowie | Black Country Rock | Capitol Records, LLC | http://vimeo.com/31687139 |
| David Bowie | Changes | Capitol Records, LLC | http://vimeo.com/11830829 |
| David Bowie | It Ain't Easy | Capitol Records, LLC | http://vimeo.com/35451001 |
| David Bowie | Life on Mars | Capitol Records, LLC | http://vimeo.com/11779947 |
| David Bowie | Port of Amsterdam | Capitol Records, LLC | http://vimeo.com/22752707 |
| David Bowie | Queen Bitch | Capitol Records, LLC | http://vimeo.com/4532724 |
| David Bowie | Rock 'N Roll Suicide | Capitol Records, LLC | http://vimeo.com/5908057 |
| David Bowie | Space Oddity | Capitol Records, LLC | http://vimeo.com/28630347 |
| David Bowie | The Man Who Sold the World | Capitol Records, LLC | http://vimeo.com/18708782 |
| Freddie Hubbard | Blue Spirits | Capitol Records, LLC | http://vimeo.com/43778365 |
| Freddie Hubbard | Weaver of Dreams | Capitol Records, LLC | http://vimeo.com/34962298 |
| Grand Funk Railroad | Footstompin' Music | Capitol Records, LLC | http://vimeo.com/13974975 |
| Grand Funk Railroad | Got This Thing on the Move | Capitol Records, LLC | http://vimeo.com/33168493 |
| Grand Funk Railroad | I'm Your Captain/Closer to Home | Capitol Records, LLC | http://vimeo.com/26222569 |
| Grand Funk Railroad | People Let's Stop the War | Capitol Records, LLC | http://vimeo.com/64923548 |
| Grant Green | Sookie Sookie (live) | Capitol Records, LLC | http://vimeo.com/45043216 |
| Grant Green | A Day in the Life | Capitol Records, LLC | http://vimeo.com/3939471 |

<u>Schedule B</u>
**Representative Infringements of**
**Plaintiffs' Pre-1972 Sound Recordings**

| Artist | Title | Plaintiff | Example URL |
|---|---|---|---|
| Hank Mobley | Dig Dis | Capitol Records, LLC | http://vimeo.com/2943573 |
| Hank Mobley | The Best Things in Life Are Free | Capitol Records, LLC | http://vimeo.com/35310844 |
| Herbie Hancock | Blind Man Blind Man | Capitol Records, LLC | http://vimeo.com/6670806 |
| Herbie Hancock | Maiden Voyage | Capitol Records, LLC | http://vimeo.com/12733936 |
| Herbie Hancock | The Pleasure Is Mine | Capitol Records, LLC | http://vimeo.com/7123093 |
| Herbie Hancock | Watermelon Man | Capitol Records, LLC | http://vimeo.com/60027257 |
| Herbie Hancock | Watermelon Man | Capitol Records, LLC | http://vimeo.com/42452278 |
| Herbie Hancock | Cantaloupe Island | Capitol Records, LLC | http://vimeo.com/10390841 |
| Horace Silver | Acid, Pot or Pills | Capitol Records, LLC | http://vimeo.com/51619779 |
| Horace Silver | Cape Verdean Blues | Capitol Records, LLC | http://vimeo.com/13678021 |
| Horace Silver | Song for My Father | Capitol Records, LLC | http://vimeo.com/69229438 |
| Human Beinz | Nobody But Me | Capitol Records, LLC | http://vimeo.com/15671922 |
| Jethro Tull | Locomotive Breath | Capitol Records, LLC | http://vimeo.com/6485428 |
| Jethro Tull | Thick as a Brick (part 1) | Capitol Records, LLC | http://vimeo.com/23919175 |
| Jethro Tull | Thick as a Brick (part 2) | Capitol Records, LLC | http://vimeo.com/23919175 |
| John Coltrane | Blue Train | Capitol Records, LLC | http://vimeo.com/3070031 |
| John Coltrane | Blue Train | Capitol Records, LLC | http://vimeo.com/26048928 |
| John Coltrane | Blue Train | Capitol Records, LLC | http://vimeo.com/55970648 |
| John Coltrane | Blue Train | Capitol Records, LLC | http://vimeo.com/8438464 |
| John Coltrane | Blue Train | Capitol Records, LLC | http://vimeo.com/40764978 |
| John Lennon | God | Capitol Records, LLC | http://vimeo.com/8003787 |
| John Lennon | Imagine | Capitol Records, LLC | http://vimeo.com/3290415 |
| John Lennon | Instant Karma! (We All Shine On) | Capitol Records, LLC | http://vimeo.com/14976110 |
| John Lennon | Jealous Guy | Capitol Records, LLC | http://vimeo.com/64905724 |
| John Lennon | Look at Me | Capitol Records, LLC | http://vimeo.com/8803353 |
| John Lennon | Oh My Love | Capitol Records, LLC | http://vimeo.com/44780264 |
| John Lennon | Oh Yoko! | Capitol Records, LLC | http://vimeo.com/69398692 |
| John Lennon | Well Well Welll | Capitol Records, LLC | http://vimeo.com/49945347 |
| John Lennon | Working Class Hero | Capitol Records, LLC | http://vimeo.com/19272493 |
| John Lennon & Plastic Ono Band | Give Peace a Chance | Capitol Records, LLC | http://vimeo.com/65008403 |
| John Lennon & Plastic Ono Band | Happy Xmas (War is Over) | Capitol Records, LLC | http://vimeo.com/34141799 |
| John Lennon & Plastic Ono Band | Happy Xmas (War is Over) | Capitol Records, LLC | http://vimeo.com/17484536 |
| John Lennon & Plastic Ono Band | Happy Xmas (War is Over) | Capitol Records, LLC | http://vimeo.com/34176444 |

**Schedule B**
**Representative Infringements of**
**Plaintiffs' Pre-1972 Sound Recordings**

| Artist | Title | Plaintiff | Example URL |
|---|---|---|---|
| John Lennon & Plastic Ono Band | Happy Xmas (War is Over) | Capitol Records, LLC | http://vimeo.com/56133512 |
| Julie London | Fly Me to the Moon | Capitol Records, LLC | http://vimeo.com/15037860 |
| Lee Morgan | The Sidewinder | Capitol Records, LLC | http://vimeo.com/23795560 |
| Lee Morgan | The Sidewinder | Capitol Records, LLC | http://vimeo.com/60026471 |
| Les Baxter | Simba | Capitol Records, LLC | http://vimeo.com/3032986 |
| Les Paul and Mary Ford | In The Good Old Summertime | Capitol Records, LLC | http://vimeo.com/1148739 |
| Merle Haggard | Mama Tried | Capitol Records, LLC | http://vimeo.com/8074587 |
| Lou Rawls | Dead End Street | Capitol Records, LLC | http://vimeo.com/6942054 |
| Louis Prima | Pennies From Heaven | Capitol Records, LLC | http://vimeo.com/841067 |
| Nat King Cole | El Bodeguero | Capitol Records, LLC | http://vimeo.com/9644081 |
| Nat King Cole | I Love You (For Sentimental Reasons) | Capitol Records, LLC | http://vimeo.com/15619603 |
| Nat King Cole | I Wish You Love | Capitol Records, LLC | http://vimeo.com/2463907 |
| Nat King Cole | L-O-V-E | Capitol Records, LLC | http://vimeo.com/16121267 |
| Nat King Cole | Nature Boy | Capitol Records, LLC | http://vimeo.com/13123820 |
| Nat King Cole | Smile | Capitol Records, LLC | http://vimeo.com/2374704 |
| Nat King Cole | Tenderly | Capitol Records, LLC | http://vimeo.com/35777697 |
| Nat King Cole | The Christmas Song | Capitol Records, LLC | http://vimeo.com/2601290 |
| Nat King Cole | Unforgettable | Capitol Records, LLC | http://vimeo.com/2375062 |
| Nat King Cole | When I Fall In Love | Capitol Records, LLC | http://vimeo.com/6490470 |
| Nat King Cole & George Shearing | Serenata | Capitol Records, LLC | http://vimeo.com/35777697 |
| Pink Floyd | Astronomy Domine | Capitol Records, LLC | http://vimeo.com/3408917 |
| Pink Floyd | Atom Heart Mother | Capitol Records, LLC | http://vimeo.com/218620 |
| Pink Floyd | Bike | Capitol Records, LLC | http://vimeo.com/24069370 |
| Pink Floyd | Bike | Capitol Records, LLC | http://vimeo.com/26215408 |
| Pink Floyd | Cirrus Minor | Capitol Records, LLC | http://vimeo.com/2816242 |
| Pink Floyd | Crying Song | Capitol Records, LLC | http://vimeo.com/7724531 |
| Pink Floyd | Echoes | Capitol Records, LLC | http://vimeo.com/18272329 |
| Pink Floyd | One of These Days | Capitol Records, LLC | http://vimeo.com/2397081 |
| Pink Floyd | See Emily Play | Capitol Records, LLC | http://vimeo.com/9365253 |
| Quicksilver Messenger Service | Calvary | Capitol Records, LLC | http://vimeo.com/44223556 |
| Quicksilver Messenger Service | Fresh Air | Capitol Records, LLC | http://vimeo.com/38975441 |
| Quicksilver Messenger Service | Just for Love | Capitol Records, LLC | http://vimeo.com/69770497 |

**Schedule B**
**Representative Infringements of**
**Plaintiffs' Pre-1972 Sound Recordings**

| Artist | Title | Plaintiff | Example URL |
|---|---|---|---|
| Quicksilver Messenger Service | Pride of Man | Capitol Records, LLC | http://vimeo.com/48965664 |
| Steve Miller Band | Steppin' Stone | Capitol Records, LLC | http://vimeo.com/3444438 |
| The Band | The Weight | Capitol Records, LLC | http://vimeo.com/10835440 |
| Wayne Shorter | Mahjong | Capitol Records, LLC | http://vimeo.com/17033088 |
| Wayne Shorter | Mahjong | Capitol Records, LLC | http://vimeo.com/15491821 |
| Wayne Shorter | Yes or No | Capitol Records, LLC | http://vimeo.com/74972700 |