

MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Russell J. Frackman
A Professional Corporation
(310) 312-3119 Phone
(310) 231-8319 Fax
rjf@msk.com

May 8, 2017

The Honorable Ronnie Abrams
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: **Capitol Records, LLC v. Vimeo, Inc./EMI Blackwood Music, Inc. v. Vimeo, Inc., Case Nos. 09-cv-10101 & 09-cv-10105**

Dear Judge Abrams:

The parties write jointly to advise the Court of their respective positions in connection with the status conference scheduled for May 11 at 2:00 p.m. The parties have met and conferred, and submit the following points of agreement and disagreement on how the actions should proceed. Essentially, the parties agree as to the remaining issues to be decided in Phase I, but disagree, in part, on the appropriate procedure and timing to decide those issues.

I.   "RED FLAG" KNOWLEDGE

   A.   **Background:** The Second Circuit's decision states that on remand "Vimeo is entitled to summary judgment" under the DMCA safe harbor as to videos for which Plaintiffs showed "no more than that some employee of Vimeo had some contact with a user-posted video that played all, or nearly all, of a recognizable song … unless plaintiffs can point to evidence sufficient to carry their burden of proving that Vimeo personnel either knew the video was infringing or knew facts making that conclusion obvious to an ordinary person who had no specialized knowledge of music or the laws of copyright." *Capitol Records, LLC v. Vimeo, LLC*, 826 F.3d 78, 97-98 (2d Cir. 2016). On remand, Plaintiffs intend to submit evidence that they

8856351.1/37182-00017

11377 West Olympic Boulevard, Los Angeles, California 90064-1683
Phone: (310) 312-2000  Fax: (310) 312-3100  Website: WWW.MSK.COM



The Honorable Ronnie Abrams
May 8, 2017
Page 2

contend is sufficient to defeat Vimeo's motion for summary judgment as to "red flag" knowledge. Plaintiffs estimate that approximately 250 videos out of those previously identified in the schedules to the Initial and Amended Complaints currently fall within this category. Attached are lists of those videos at issue as previously identified in the Initial and Amended Complaints broken down by copyrighted recordings, pre-1972 recordings, and musical compositions. Vimeo intends to challenge any such purported evidence as insufficient to demonstrate "red flag" knowledge as a matter of law.

    **B.**    <u>**Points of Agreement**</u>**:** The parties agree that the Court will need to resolve whether Plaintiffs' proffered evidence is sufficient to raise a triable issue as to Vimeo's "red flag" knowledge on any videos asserted by Plaintiffs on remand. The parties agree on the following:

- The Court's resolution of any remaining Phase I "red flag" claims should address all videos designated by Plaintiffs in both the initial and amended schedules at the same time.

- By **Thursday, May 18, 2017**, Vimeo will produce to Plaintiffs updated databases of information for certain agreed-upon fields for the videos in the amended schedules.

- By **Thursday, May 25, 2017**, Plaintiffs will produce to Vimeo all screenshots and videos, other than videos in the initial schedules, that Plaintiffs allege remain at issue on "red flag" knowledge grounds.

- Except as provided above, the parties currently do not intend to seek any further Phase I discovery on "red flag" knowledge, although any party may use previous material obtained or provided in discovery and additional material obtained from Vimeo's website, with the opposing party retaining a right to object to such use.

    **C.**    <u>**Points of Disagreement**</u>**:** The parties disagree as to the procedure that the Court should adopt for determining whether Plaintiffs' proffered evidence is sufficient to raise a triable issue as to Vimeo's "red flag" knowledge on any videos asserted by Plaintiffs on remand.



**Plaintiffs' Proposal**:

- By **Monday, June 19, 2017**, Plaintiffs will identify any additional videos on the schedules to the Amended Complaints as to which they intend to allege Vimeo's "red flag" knowledge, and will produce to Vimeo all such screenshots and videos.

- By **Monday, July 17, 2017**, Plaintiffs will file a brief describing the evidence and factual and legal basis in support of "red flag" knowledge as to each video identified as at issue. Plaintiffs propose that the parties include appropriate statements of disputed and undisputed facts.

- By **Wednesday, August 16, 2017,** Vimeo will oppose Plaintiffs' "red flag" knowledge brief.

- By **Monday, August 28, 2017**, Plaintiffs will file a reply.

**Vimeo's Proposal**:

- By **Monday, June 5, 2017**, Plaintiffs will identify which, if any, additional videos as to which it intends to allege Vimeo's "red flag" knowledge, and will produce to Vimeo all such screenshots and videos.

- Plaintiffs will file a submission akin to an Offer of Proof, in which Plaintiffs set forth the factual and/or legal bases for Vimeo's alleged "red flag" knowledge as to each video Plaintiffs intend to pursue on remand. This submission should be filed no later than **Thursday, June 15, 2017**.

- Vimeo will file a response to Plaintiffs' submission to demonstrate that Plaintiffs' supplemental evidence cannot establish "red flag" knowledge as a matter of law. Vimeo's response should be filed no later than **Thursday, June 29, 2017**.

- No Statements of Disputed or Undisputed Facts should be submitted.

- No further submissions on the "red flag" knowledge issue (including replies or sur-replies) should be permitted.

II.    **UNFAIR COMPETITION**

    A.    **Background:** The Capitol Records Plaintiffs intend to continue pursuing their state-law unfair competition claims as to sound recordings fixed before February 15, 1972. As a


result, Vimeo intends to seek dismissal of the state-law unfair competition claims on various grounds as a matter of law.

  **B.**  **Points of Agreement:** The parties agree that Vimeo will move for the dismissal of the Capitol Records Plaintiffs' state-law unfair competition claims, the Capitol Records Plaintiffs will oppose, and Vimeo may reply. The parties agree that discovery is not necessary in advance of this motion, and that if the claims survive they will be subject to Phase II.

  **C.**  **Points of Disagreement:** The parties disagree on the schedule that the Court should adopt for briefing Vimeo's motion.

**Vimeo's Proposal**:

  Assuming that the Court adopts Vimeo's proposal as to how to proceed on Plaintiffs' remaining "red flag" knowledge claims, Vimeo proposes the following schedule:

- Vimeo's opening brief:   **Thursday, June 1, 2017**
- Capitol Records' opposing brief:   **Monday, June 19, 2017**
- Vimeo's reply brief:   **Thursday, June 29, 2017**

**Plaintiffs' Proposal**:

Plaintiffs propose that briefing on Vimeo's motion as to the unfair competition claims be concurrent with Plaintiffs' briefing on "red flag" knowledge as set forth above; specifically:

- Vimeo's opening brief:   **Monday, July 17, 2017**
- Capitol Records' opposing brief:   **Wednesday, August 16, 2017**
- Vimeo's reply brief:   **Monday, August 28, 2017**



\*   \*   \*

The parties will be prepared to discuss their respective proposals at Thursday's status conference.

Respectfully submitted,                                    Respectfully submitted,


/s/ Russell J. Frackman                                    /s/ Robert L. Raskopf
Russell J. Frackman                                        Robert L. Raskopf
MITCHELL SILBERBERG & KNUPP LLP                            QUINN EMANUEL URQUHART & SULLIVAN, LLP
11377 W. Olympic Boulevard                                 51 Madison Avenue, 22nd Floor
Los Angeles, CA 90064                                      New York, NY 10010
*Counsel for Plaintiffs*                                   *Counsel for Defendants*

**Current List of Videos With Evidence of Vimeo "Interaction":**
**Capitol Records Plaintiffs Schedule A (Post-1972)**

| Artist | Sound Recording | Vimeo URL |
|---|---|---|
| A Perfect Circle | Imagine | http://vimeo.com/10700311 |
| A Perfect Circle | Outsider (Apocalypse Remix) | http://vimeo.com/7952961 |
| Air | Alone in Kyoto | http://vimeo.com/973337 |
| Air | Alone in Kyoto | http://vimeo.com/12158872 |
| Air | Alone in Kyoto | http://vimeo.com/150677 |
| Air | Alone in Kyoto | http://vimeo.com/6337228 |
| Air | Caramel Prisoner | http://vimeo.com/14247202 |
| Air | Cemetary Party | http://vimeo.com/10437744 |
| Air | Dead Bodies | http://vimeo.com/6650695 |
| Air | Femme d'Argent | http://vimeo.com/1893192 |
| Air | Moon Fever | http://vimeo.com/56077778 |
| Air | Playground Love | http://vimeo.com/7428454 |
| Air | Sing Sang Sung | http://vimeo.com/6605514 |
| Air | Venus | http://vimeo.com/141545 |
| Az ft. Nas | How Ya Livin' | http://vimeo.com/7925881 |
| Beastie Boys | 14th St. Break | http://vimeo.com/4465214 |
| Beastie Boys | Ch-Check It Out | http://vimeo.com/4194167 |
| Beastie Boys | Freaky Hijiki | http://vimeo.com/2532639 |
| Beastie Boys | Groove Holmes | http://vimeo.com/39392036 |
| Beastie Boys | Here's A Little Something For Ya | http://vimeo.com/31744552 |
| Beastie Boys | Hey Ladies | http://vimeo.com/14617437 |
| Beastie Boys | Intergalactic | http://vimeo.com/14551072 |
| Beastie Boys | Intergalactic | http://vimeo.com/10972547 |
| Beastie Boys | Intergalactic | http://vimeo.com/17661437 |
| Beastie Boys | Intergalactic | http://vimeo.com/4194167 |
| Beastie Boys | Sabotage | http://vimeo.com/936486 |
| Beastie Boys | Sabotage | http://vimeo.com/3112022 |
| Beastie Boys | Sabotage | http://vimeo.com/6543183 |
| Beastie Boys | Sabotage | http://vimeo.com/4194167 |
| Beastie Boys | Sabotage | http://vimeo.com/6937407 |
| Beastie Boys | Suco de Tangerina | http://vimeo.com/5516260 |
| Beastie Boys | Sure Shot | http://vimeo.com/1361586 |
| Bird and the Bee | Man | http://vimeo.com/761320 |
| Bird and the Bee | My Love | http://vimeo.com/3212317 |
| Bird and the Bee | Polite Dance Song | http://vimeo.com/2128833 |
| Black Rebel Motorcycle Club | Spread Your Love | http://vimeo.com/7345582 |
| Black Rebel Motorcycle Club | Spread Your Love | http://vimeo.com/6526960 |
| Blind Melon | No Rain | http://vimeo.com/171330 |
| Blondie | Call Me | http://vimeo.com/239389 |
| Blondie | Call Me | http://vimeo.com/239378 |
| Blondie | Call Me | http://vimeo.com/3491803 |
| Blur | Far Out | http://vimeo.com/6545602 |
| Blur | Girls and Boys | http://vimeo.com/388657 |
| Blur | Tender | http://vimeo.com/10667147 |
| Blur | We've Got A File On You | http://vimeo.com/1222894 |
| Brian Eno | 1/2 (Music for Airports) | http://vimeo.com/10697946 |
| Brian Eno | An Ending (Ascent) | http://vimeo.com/10959289 |

## Current List of Videos With Evidence of Vimeo "Interaction":
## Capitol Records Plaintiffs Schedule A (Post-1972)

| Artist | Sound Recording | Vimeo URL |
|---|---|---|
| Caesars | Jerk It Out | http://vimeo.com/1267564 |
| Caesars | Jerk It Out | http://vimeo.com/1267437 |
| Chemical Brothers | Block Rockin' Beats | http://vimeo.com/1975245 |
| Chemical Brothers | Escape Velocity | http://vimeo.com/17812570 |
| Chemical Brothers | Leave Home | http://vimeo.com/8521676 |
| Chemical Brothers | The Boxer | http://vimeo.com/6939862 |
| Coldplay | 42 | http://vimeo.com/3649709 |
| Coldplay | 42 | http://vimeo.com/12497223 |
| Coldplay | Clocks | http://vimeo.com/6792678 |
| Coldplay | Death and all His Friends | http://vimeo.com/2681050 |
| Coldplay | Fix You | http://vimeo.com/370007 |
| Coldplay | Lost | http://vimeo.com/2124101 |
| Coldplay | Lost | http://vimeo.com/7163513 |
| Coldplay | Lovers in Japan/Reign of Love | http://vimeo.com/1202119 |
| Coldplay | Parachutes | http://vimeo.com/622192 |
| Coldplay | Shiver | http://vimeo.com/channels/staffpicks/986065 |
| Coldplay | The Hardest Part | http://vimeo.com/3388154 |
| Coldplay | Yes | http://vimeo.com/5826267 |
| Daft Punk | Aerodynamic | http://vimeo.com/169345 |
| Daft Punk | Around the World / Harder Better Faster Stronger | http://vimeo.com/2169237 |
| Daft Punk | Around the World / Harder Better Faster Stronger | http://vimeo.com/788700 |
| Daft Punk | Da Funk | http://vimeo.com/688195 |
| Daft Punk | Harder Better Faster Stronger | http://vimeo.com/322309 |
| Daft Punk | Harder Better Faster Stronger | http://vimeo.com/989866 |
| Daft Punk | Human After All | http://vimeo.com/2308656 |
| Daft Punk | Robot Rock | http://vimeo.com/7836038 |
| Daft Punk | Short Circuit | http://vimeo.com/95564 |
| David Bowie | Fame | http://vimeo.com/6992370 |
| David Bowie | Heroes | http://vimeo.com/55071466 |
| Depeche Mode | Hole to Feed | http://vimeo.com/6772569 |
| Dilated Peoples | Proper Propaganda | http://vimeo.com/1051649 |
| Dilated Peoples | Worst Comes to Worst | http://vimeo.com/11905832 |
| Dilated Peoples | You Can't Hide You Can't Run | http://vimeo.com/9491764 |
| Doves | Words | http://vimeo.com/channels/juliavids/page:2 |
| Empire of the Sun | Walking on a Dream | http://vimeo.com/4411204 |
| Empire of the Sun | Walking on a Dream | http://vimeo.com/8174896 |
| Empire of the Sun | Walking on a Dream | http://vimeo.com/5499876 |
| Fatboy Slim | Don't Let the Man Get You Down | http://vimeo.com/6040221 |
| Fatboy Slim | Praise You | http://vimeo.com/217550 |
| Fatboy Slim | Praise You | http://vimeo.com/2630726 |
| Fatboy Slim | Weapon Of Choice | http://vimeo.com/8482051 |
| Gang Starr | The Ownerz | http://vimeo.com/11704460 |

**Current List of Videos With Evidence of Vimeo "Interaction":**
**Capitol Records Plaintiffs Schedule A (Post-1972)**

| Artist | Sound Recording | Vimeo URL |
|---|---|---|
| Gorillaz | 19-2000 | http://vimeo.com/channels/juliavids/page:2 |
| Gorillaz | Dirty Harry | http://vimeo.com/1005938 |
| Gorillaz | El Manana | http://vimeo.com/6811171 |
| Gorillaz | Empire Ants | http://vimeo.com/10426428 |
| Gorillaz | Empire Ants | http://vimeo.com/18380241 |
| Gorillaz | Feel Good, Inc. | http://vimeo.com/416510 |
| Gorillaz | Feel Good, Inc. | http://vimeo.com/7238452 |
| Gorillaz | Kids With Guns | http://vimeo.com/18212476 |
| Gorillaz | On Melancholy Hill | http://vimeo.com/16772996 |
| Gorillaz | On Melancholy Hill | http://vimeo.com/10391994 |
| Gorillaz | Orchestral Intro | http://vimeo.com/53180697 |
| Gorillaz | Plastic Beach | http://vimeo.com/11851628 |
| Gorillaz | Stylo | http://vimeo.com/9851483 |
| Gorillaz | Stylo | http://vimeo.com/12007627 |
| Gorillaz | Sweepstakes | http://vimeo.com/11932284 |
| Gorillaz | Welcome to the World of the Plastic Beach | http://vimeo.com/10686983 |
| Hot Chip | Take It In | http://vimeo.com/10290849 |
| Hot Chip | Whistle For Will | http://vimeo.com/9651807 |
| Iggy Pop | China Girl | http://vimeo.com/8940040 |
| Ima Robot | Dangerous Life | http://vimeo.com/5073613 |
| John Lennon | Watching the Wheels | http://vimeo.com/14123590 |
| Katy Perry | California Gurls | http://vimeo.com/12388774 |
| Kottonmouth Kings | Rest of My Life | http://vimeo.com/11146243 |
| Kraftwerk | Tour de France | http://vimeo.com/848959 |
| LCD Soundsystem | All My Friends | http://vimeo.com/2721992 |
| LCD Soundsystem | All My Friends | http://vimeo.com/34874881 |
| LCD Soundsystem | All My Friends | http://vimeo.com/1088670 |
| LCD Soundsystem | Dance Yrself Clean | http://vimeo.com/60986042 |
| Lenny Kravitz | Let Love Rule (Justice Remix) | http://vimeo.com/6923504 |
| Lily Allen | 22 | http://vimeo.com/4332199 |
| Lily Allen | Back to the Start | http://vimeo.com/5677116 |
| Lily Allen | Everything's Just Wonderful | http://vimeo.com/channels/4882 |
| Massive Attack | Angel | http://vimeo.com/9095851 |
| Massive Attack | Angel | http://vimeo.com/46106624 |
| Massive Attack | Angel | http://vimeo.com/5692603 |
| Massive Attack | Flat of the Blade | http://vimeo.com/9691646 |
| Massive Attack | Heat Miser | http://vimeo.com/735401 |
| Massive Attack | Heat Miser | http://vimeo.com/3570075 |
| Massive Attack | I am Home | http://vimeo.com/4610266 |
| Massive Attack | P is For Piano | http://vimeo.com/16464227 |
| Massive Attack | Paradise Circus | http://vimeo.com/10026960 |
| Massive Attack | Sam | http://vimeo.com/9581288 |
| Massive Attack | Splitting the Atom | http://vimeo.com/12045178 |
| Massive Attack | Teardrop | http://vimeo.com/11379455 |
| Massive Attack | Teardrop | http://vimeo.com/6471883 |

**Current List of Videos With Evidence of Vimeo "Interaction":**
**Capitol Records Plaintiffs Schedule A (Post-1972)**

| Artist | Sound Recording | Vimeo URL |
|---|---|---|
| Massive Attack | Teardrop | http://vimeo.com/9950668 |
| Mazzy Star | Fade Into You | http://vimeo.com/605121 |
| Mazzy Star | Fade Into You | http://vimeo.com/1801617 |
| Mazzy Star | Into Dust | http://vimeo.com/5743150 |
| Mazzy Star | Mary of Silence | http://vimeo.com/18936971 |
| Midnight Juggernauts | Into the Galaxy | http://vimeo.com/4063826 |
| Midnight Juggernauts | Shadows | http://vimeo.com/2838390 |
| Missing Persons | Destination Unknown | http://vimeo.com/15314135 |
| Missing Persons | Walking in L.A. | http://vimeo.com/12291175 |
| N.E.R.D. | Fly or Die | http://vimeo.com/7169195 |
| Naughty Boy ft. Emeli Sande | Wonder | http://vimeo.com/49849738 |
| Norah Jones | Carnival Town | http://vimeo.com/10635782 |
| NWA | Straight Outta Compton | http://vimeo.com/10880378 |
| Orchestral Manoeuvres in the Dark | Enola Gay | http://vimeo.com/5570427 |
| Pat Benatar | Heartbreaker | http://vimeo.com/8489482 |
| Penguin Café Orchestra | Perpetuum Mobile | http://vimeo.com/16340475 |
| Pet Shop Boys | You Were Always On My Mind | http://vimeo.com/7152872 |
| Pharoahe Monch | No Mercy | http://vimeo.com/8508191 |
| Phoenix | Long Distance Call | http://vimeo.com/4686796 |
| Phoenix | Napoleon Says | http://vimeo.com/6038910 |
| Pink Floyd | Another Brick in the Wall, pt. 2 | http://vimeo.com/1213706 |
| Pink Floyd | Any Colour You Like | http://vimeo.com/333721 |
| Pink Floyd | Breathe | http://vimeo.com/16269442 |
| Pink Floyd | Eclipse | http://vimeo.com/333721 |
| Pink Floyd | Hey You | http://vimeo.com/18351366 |
| Pink Floyd | Learning to Fly | http://vimeo.com/channels/staffpicks/4038064 |
| Pink Floyd | On the Run | http://vimeo.com/8521545 |
| Pink Floyd | Sheep | http://vimeo.com/9365253 |
| Pink Floyd | The Great Gig in the Sky | http://vimeo.com/333721 |
| Pink Floyd | Time | http://vimeo.com/16269442 |
| Pink Floyd | Time | http://vimeo.com/6971734 |
| Radiohead | 2+2=5 | http://vimeo.com/3708805 |
| Radiohead | Everything In Its Right Place | http://vimeo.com/1252305 |
| Radiohead | Everything in its Right Place | http://vimeo.com/2338853 |
| Radiohead | I Am a Wicked Child | http://vimeo.com/4288206 |
| Radiohead | Idioteque | http://vimeo.com/1875114 |
| Radiohead | Let Down | http://vimeo.com/13489632 |
| Radiohead | Like Spinning Plates | http://vimeo.com/12508169 |
| Radiohead | Like Spinning Plates | http://vimeo.com/channels/staffpicks/1310348 |
| Radiohead | No Surprises | http://vimeo.com/11986171 |
| Radiohead | Pyramid Song | http://vimeo.com/3507601 |
| Radiohead | Pyramid Song | http://vimeo.com/775442 |
| Rolling Stones | Dancing with Mr. D | http://vimeo.com/970647 |
| Smashing Pumpkins | Perfect | http://vimeo.com/7693526 |

**Current List of Videos With Evidence of Vimeo "Interaction":**
**Capitol Records Plaintiffs Schedule A (Post-1972)**

| Artist | Sound Recording | Vimeo URL |
|---|---|---|
| Snoop Dogg | Hennesey & Buddah | http://vimeo.com/4799412 |
| Snoop Dogg | Pronto | http://vimeo.com/9988607 |
| Telepopmusik | Breathe | http://vimeo.com/8819969 |
| Telepopmusik | L'Incertitude d'Heinsenberg (a/k/a Mathematics) | http://vimeo.com/1577408 |
| The Decemberists | Down by the Water | http://vimeo.com/20851971 |
| The Decemberists | The Crane Wife 3 | http://vimeo.com/6147057 |
| The Japanese Popstars ft. Green Velvet | Let Go | http://vimeo.com/15425583 |
| The Little Ones | Lovers Who Uncover | http://vimeo.com/9658698 |
| Tinie Tempah | Pass Out | http://vimeo.com/11810876 |
| We Are Scientists | Worth the Wait | http://vimeo.com/302220 |
| Yann Tiersen | Comptine d'un autre ete, l'apres-midi | http://vimeo.com/4722344 |
| Yann Tiersen | La Valse D'Amelie (Version Originale) | http://vimeo.com/3521148 |
| Yann Tiersen | L'Autre Valse d'Amelie | http://vimeo.com/3013257 |

**Current List of Videos With Evidence of Vimeo "Interaction":**
**Capitol Records Plaintiffs Schedule B (Pre-1972)**

| Artist | Sound Recording | Vimeo URL |
|---|---|---|
| Beach Boys | Barbara Ann | http://vimeo.com/9863624 |
| Beach Boys | Fun Fun Fun | http://vimeo.com/16360541 |
| Beach Boys | God Only Knows | http://vimeo.com/1801617 |
| Beach Boys | God Only Knows | http://vimeo.com/1914129 |
| Beach Boys | I Get Around | http://vimeo.com/11723733 |
| Beach Boys | Surfin USA | http://vimeo.com/3981329 |
| Beach Boys | Wouldn't It Be Nice | http://vimeo.com/195180 |
| Beach Boys | Wouldn't It Be Nice | http://vimeo.com/9333689 |
| Beatles | A Day In the Life | http://vimeo.com/163686 |
| Beatles | Across the Universe (alternate version) | http://vimeo.com/1268623 |
| Beatles | All Together Now | http://vimeo.com/106867 |
| Beatles | All You Need Is Love | http://vimeo.com/264312 |
| Beatles | Baby You're a Rich Man | http://vimeo.com/1334655 |
| Beatles | Back in the U.S.S.R. | http://vimeo.com/207723 |
| Beatles | Birthday | http://vimeo.com/10311486 |
| Beatles | Birthday | http://vimeo.com/10097379 |
| Beatles | Day Tripper | http://vimeo.com/6743203 |
| Beatles | Don't Bother Me | http://vimeo.com/15260530 |
| Beatles | Don't Let Me Down | http://vimeo.com/202585 |
| Beatles | Flying | http://vimeo.com/1453540 |
| Beatles | Helter Skelter | http://vimeo.com/7753547 |
| Beatles | Helter Skelter | http://vimeo.com/5367809 |
| Beatles | I'm Only Sleeping | http://vimeo.com/1785646 |
| Beatles | I'm Only Sleeping | http://vimeo.com/10806448 |
| Beatles | Mean Mr. Mustard | http://vimeo.com/10543353 |
| Beatles | Octopus's Garden | http://vimeo.com/192834 |
| Beatles | Polythene Pam | http://vimeo.com/10543353 |
| Beatles | Rain | http://vimeo.com/10992434 |
| Beatles | Revolution | http://vimeo.com/7280973 |
| Beatles | Roll Over Beethoven | http://vimeo.com/18863487 |
| Beatles | She's Leaving Home | http://vimeo.com/164417 |
| Beatles | Within You Without You | http://vimeo.com/6743128 |
| David Bowie | Rock 'N Roll Suicide | http://vimeo.com/5908057 |
| David Bowie | The Man Who Sold the World | http://vimeo.com/18708782 |
| Les Baxter | Simba | http://vimeo.com/3032986 |
| Louis Prima | Pennies From Heaven | http://vimeo.com/841067 |
| Pink Floyd | Atom Heart Mother | http://vimeo.com/218620 |
| Pink Floyd | See Emily Play | http://vimeo.com/9365253 |

**Current List of Videos With Evidence of Vimeo "Interaction":**
**EMI Music Publishing Plaintiffs Schedule A**

| Musical Composition | Example Artist | Vimeo URL |
|---|---|---|
| A Certain Shade Of Green | Incubus | http://vimeo.com/1697528 |
| A Milli | Lil Wayne | http://vimeo.com/3984800 |
| Ain't No Mountain High Enough | Marvin Gaye & Tammi Terrell | http://vimeo.com/2846899 |
| All I Need | Daz Dillinger | http://vimeo.com/5634787 |
| All The Small Things | Blink-182 | http://vimeo.com/1889583 |
| B.O.B. | Outkast | http://vimeo.com/150310 |
| Blinded In Chains | Avenged Sevenfold | http://vimeo.com/7862987 |
| Carnival Town | Norah Jones | http://vimeo.com/10635782 |
| Do You Realize? | Flaming Lips | http://vimeo.com/191603 |
| Do You Realize? | Flaming Lips | http://vimeo.com/1914129 |
| Fat Lip | Sum 41 | http://vimeo.com/247846 |
| Genie In A Bottle | Christina Aguilera | http://vimeo.com/2021311 |
| Get Down Tonight | KC and the Sunshine Band | http://vimeo.com/13016455 |
| Ghostbusters | Ray Parker Jr. | http://vimeo.com/1421798 |
| Gin And Juice | Snoop Dogg | http://vimeo.com/9950975 |
| Glamorous | Fergie | http://vimeo.com/248786 |
| How Sweet It Is (To Be Loved By You) | Marvin Gaye | http://vimeo.com/11195757 |
| Hypnotize | Notorious B.I.G. | http://vimeo.com/7915036 |
| I Can't Help Myself (Sugar Pie Honey Bunch) | The Four Tops | http://vimeo.com/3132300 |
| I Heard It Through The Grapevine | Gladys Knight & the Pips | http://vimeo.com/6199607 |
| I Want You Back | Jackson 5 | http://vimeo.com/214019 |
| I Want You Back | Jackson 5 | http://vimeo.com/2499578 |
| Love In This Club | Usher | http://vimeo.com/1187654 |
| Lump | Presidents of the United States of America | http://vimeo.com/233299 |
| Man Overboard | Blink-182 | http://vimeo.com/8666080 |
| Ms. Jackson | Outkast | http://vimeo.com/874508 |
| My Love | Bird And The Bee | http://vimeo.com/3212317 |
| O.P.P. | Naughty By Nature | http://vimeo.com/7951450 |
| Overnight Celebrity | Twista | http://vimeo.com/222079 |
| Peaches | The Presidents of The United States of America | http://vimeo.com/350903 |
| Theme From S.W.A.T. | Rhythm Heritage | http://vimeo.com/854697 |
| Unwritten | Natasha Bedingfield | http://vimeo.com/130432 |
| You've Got It The Right Stuff | New Kids On the Block | http://vimeo.com/1953283 |