

MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Russell J. Frackman
A Professional Corporation
(310) 312-3119 Phone
(310) 231-8319 Fax
rjf@msk.com

October 11, 2019



MEMO ENDORSED

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/19

By ECF

Honorable Ronnie Abrams
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2203
New York, New York 10007

Re: **Capitol Records, LLC, et al. v. Vimeo, LLC, et al.**, Case No. 09-CV-10101
**EMI Blackwood Music, Inc., et al. v. Vimeo, LLC, et al.**, Case No. 09-CV-10105

Dear Judge Abrams:

We represent the plaintiffs in the above matters. I have been lead counsel for those parties since the inception of these actions. For the reasons set forth in this letter, I write to request that the Court extend the deadline for plaintiffs to respond to the Court's Order dated October 4, 2019, for fifty-eight (58) days, until December 13, 2019.

Prior to writing to the Court, I had several telephone and e-mail communications with Robert Raskopf and Todd Anten, counsel for defendants to seek their agreement, subject to the Court's approval. They have agreed not to oppose this request and counsel for plaintiffs have agreed not to oppose a request by defendants, if they choose to do so, to submit a responsive column and/or memorandum within forty (40) days of plaintiffs' submission. Plaintiffs will not submit any reply. This will also confirm, as counsel for defendants have requested, that plaintiffs' submission will be limited to the requested column and memorandum and citations to evidence in the record.

This request is made by plaintiffs, and the additional time is necessary both because of the magnitude of the work potentially needed to fully respond to the Court's Order and because of my current work situation. First, the Order requests citation to evidence in the relatively large record as to approximately 300 videos with which one or more employees of defendants interacted. Often, more than one identified employee interacted with specific videos.

Second, in addition to my ongoing work as a partner in my law firm, I currently am committed to teaching a class at UCLA law school comprised of third year law students. The class, which I created, is researching and writing, together with my direct input and participation, amicus curiae briefs in two copyright cases – one to be filed in the Second Circuit and the other in the Ninth Circuit. I will be signing the briefs as the sole attorney of record. The class ends and the amicus briefs are scheduled to be completed by November 22. (The Second Circuit brief will be filed on that date, the Ninth Circuit brief is anticipated to be filed at a later date depending on

2049 Century Park East, 18th Floor, Los Angeles, California 90067-3120
Phone: (310) 312-2000 Fax: (310) 312-3100 Website: www.msk.com

11473719.1



scheduling.) Taking into account that Thanksgiving is the week following the conclusion of the class, the extended dates will allow time to complete the column requested and to prepare the accompanying memorandum.

Respectfully submitted,

*Russell J. Frackman*
Russell J. Frackman
A Professional Corporation of
MITCHELL SILBERBERG & KNUPP LLP

RJF/mb

cc: Robert Raskopt, Esq.
     Todd Anten, Esq.

---

Application granted.

SO ORDERED.

*Ronnie Abrams*
Ronnie Abrams, U.S.D.J.
October 15, 2019

---

11473719.1