

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Russell J. Frackman
(310) 312-3119 Phone
(310) 231-8319 Fax
rjf@msk.com

June 14, 2021

**BY ECF**

The Honorable Ronnie Abrams
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2203
New York, New York  10007

Re:  Capitol Records, LLC v. Vimeo, Inc./EMI Blackwood Music, Inc. v. Vimeo, Inc.,
     Case Nos. 09-cv-10101 & 09-cv-10105

Dear Judge Abrams:

We are counsel for the Plaintiffs in the above matter.  I write in response to the Court's order requiring counsel to provide to the Court by June 18, 2021, an update as to the status of this case and proposed next steps.  Plaintiffs request that the Court grant the parties an additional thirty-one (31) days, up to and including Monday, July 19, 2021, to provide the requested update.  I have conferred with counsel for the Defendants, Robert Raskopf, and he has confirmed that Defendants will not oppose the request.

The additional time is necessary so that counsel for Plaintiffs can review and analyze relevant portions of the voluminous files in this matter (which have been in storage as our office has been closed during the pandemic), confer with the two sets of Plaintiffs we represent, and then confer with counsel for Defendants.

Therefore, Plaintiffs respectfully request that the Court grant the parties up to and including July 19, 2021, to provide the update as to the status of this case and proposed next steps.

Respectfully submitted,

/s/ Russell J. Frackman
Russell J. Frackman
MITCHELL SILBERBERG & KNUPP LLP
*Counsel for Plaintiffs*

cc:  Robert Raskopf, Esq.

Application granted.
SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
June 16, 2021

2049 Century Park East, 18th Floor, Los Angeles, California 90067-3120
Phone:  (310) 312-2000  Fax:  (310) 312-3100  Website: WWW.MSK.COM
13255751.1