UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> VIMEO, LLC d/b/a VIMEO.COM, et al., <br><br> Defendants. | No. 09-CV-10101 (RA) |
| EMI BLACKWOOD MUSIC, INC., et al, <br><br> Plaintiffs, <br><br> v. <br><br> VIMEO, LLC d/b/a VIMEO.COM, et al., <br><br> Defendants. | No. 09-CV-10105 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

On August 25, 2021, the parties submitted a stipulation requesting that the Court conditionally dismiss the few remaining "employee upload" claims without prejudice, permitting an immediate appeal of the entire action to the Court of Appeals. Dkt. 234. The Court executed the stipulation on August 26, 2021. Dkt. 235. It appears, however, that judgment was never entered. Accordingly:

It is hereby ORDERED that the parties submit a proposed order of judgment consistent with paragraph 4 of the stipulation no later than November 1, 2021.

SO ORDERED.

Dated:   October 25, 2021
         New York, New York

Ronnie Abrams
United States District Judge