UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VIMEO, LLC d/b/a VIMEO.COM, *et al.*, <br><br> Defendants. | Case No. 09 Civ. 10101 (RA) |
| EMI BLACKWOOD MUSIC, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VIMEO, LLC d/b/a VIMEO.COM, *et al.*, <br><br> Defendants. | Case No. 09 Civ. 10105 (RA) <br><br> **FINAL JUDGMENT** |

Defendants in the above-captioned consolidated actions having moved for summary judgment that they qualify for the safe-harbor limitations on liability of the Digital Millennium Copyright Act, 17 U.S.C. § 512 *et seq.*, as against all of Plaintiffs' direct and secondary federal and common law copyright infringement claims and unfair competition claims, and such motions having come before the Honorable Ronnie Abrams, United States District Judge, and the Court thereafter having rendered a Memorandum and Opinion dated September 18, 2013, an Opinion and Order dated December 31, 2013, an Opinion and Order dated March 31, 2018, and an Opinion and Order dated May 28, 2021 granting Defendants' motions for summary judgment on all claims except for 26 videos-in-suit (encompassing the 27 alleged infringements listed in Exhibit A and incorporated herein by reference) (the "Remaining Claims"); and

1

The parties having stipulated, and the Court having so ordered on August 26, 2021, that: (i) Plaintiffs' claims for relief in this litigation on all of the asserted videos-in-suit except for the Remaining Claims are disposed of by the September 18, 2013, December 31, 2013, March 31, 2018, and May 28, 2021 orders of this Court; (ii) the Remaining Claims will be voluntarily dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2) and the terms and conditions set forth in the parties' Stipulation and Order that was so ordered on August 26, 2021, including that one or more of the Remaining Claims may be refiled only if Plaintiffs prevail on any of the other claims on appeal of this Judgment such that the Court's prior disposition of any of those claims is vacated or reversed; and (iii) there are no claims for relief that remain to be adjudicated; now, therefore,

**IT IS ORDERED, ADJUDGED AND DECREED** that: (i) for the reasons set forth in the Court's Memorandum and Opinion dated September 18, 2013, Opinion and Order dated December 31, 2013, Opinion and Order dated March 31, 2018, and Opinion and Order dated May 28, 2021, and pursuant to the Stipulation and Order that was so ordered by the Court on August 26, 2021, judgment is hereby entered for Defendants, and against Plaintiffs, dismissing all of Plaintiffs' claims with prejudice (except for the Remaining Claims listed in Exhibit A) in both of the above-captioned actions and; (ii) pursuant to the terms and conditions of the Stipulation and Order that was ordered by the Court on August 26, 2021, the Remaining Claims listed in Exhibit A are dismissed without prejudice.  The time to submit a bill of costs and to file

//

//

//

a motion for attorneys' fees is extended until thirty (30) days after the issuance of the mandate with respect to any appeal from this Judgment.

**SO ORDERED.**

Dated: November 1, 2021
      New York, New York

_____
Hon. Ronnie Abrams, U.S. District Judge

Entered: _____, 2021
      New York, New York

_____
Clerk of Court

By: _____
Deputy Clerk of Court

# EXHIBIT A

**EXHIBIT A**

| MSJ Video No. | Vimeo ID | Schedule | Artist | Track | Vimeo URL |
|---|---|---|---|---|---|
| 4 | 239389 | Capitol Sched. A (original) | Blondie | Call Me | http://vimeo.com/239389 |
| 7 | 1222894 | Capitol Sched. A (original) | Blur | We've Got A File On You | http://vimeo.com/1222894 |
| 10 | 187587 | Capitol Sched. A (original) | Doves | Words | http://vimeo.com/channels/juliavids/page:2 |
| 12 | 198058 | Capitol Sched. A (original) | Gorillaz | 19-2000 | http://vimeo.com/channels/juliavids/page:2 |
| 14 | 658399 | Capitol Sched. A (original) | Lily Allen | Everything's Just Wonderful | http://vimeo.com/channels/4882 |
| 15 | 1252305 | Capitol Sched. A (original) | Radiohead | Everything In Its Right Place | http://vimeo.com/1252305 |
| 20 | 1334655 | Capitol Sched. B (original) [pre-72] | Beatles | Baby You're a Rich Man | http://vimeo.com/1334655 |
| 21 | 202585 | Capitol Sched. B (original) [pre-72] | Beatles | Don't Let Me Down | http://vimeo.com/202585 |
| 23 | 192834 | Capitol Sched. B (original) [pre-72] | Beatles | Octopus's Garden | http://vimeo.com/192834 |
| 33 | 214019 | EMI Pub Sched. A (original) | Jackson 5 | I Want You Back | http://vimeo.com/214019 |
| 35 | 3212317 | Capitol Sched. A (Amended) | Bird and the Bee | My Love | http://vimeo.com/3212317 |
| 35 | 3212317 | EMI Pub Sched. A (original) | Bird And The Bee | My Love | http://vimeo.com/3212317 |
| 37 | 130432 | EMI Pub Sched. A (original) | Natasha Bedingfield | Unwritten | http://vimeo.com/130432 |
| 58 | 14617437 | Capitol Sched. A (Amended) | Beastie Boys | Hey Ladies | http://vimeo.com/14617437 |
| 59 | 14551072 | Capitol Sched. A (Amended) | Beastie Boys | Intergalactic | http://vimeo.com/14551072 |
| 70 | 239378 | Capitol Sched. A (Amended) | Blondie | Call Me | http://vimeo.com/239378 |
| 88 | 1202119 | Capitol Sched. A (Amended) | Coldplay | Lovers in Japan/Reign of Love | http://vimeo.com/1202119 |
| 95 | 322309 | Capitol Sched. A (Amended) | Daft Punk | Harder Better Faster Stronger | http://vimeo.com/322309 |

**EXHIBIT A**

| MSJ Video No. | Vimeo ID | Schedule | Artist | Track | Vimeo URL |
|---|---|---|---|---|---|
| 111 | 8482051 | Capitol Sched. A (Amended) | Fatboy Slim | Weapon Of Choice | http://vimeo.com/8482051 |
| 129 | 8940040 | Capitol Sched. A (Amended) | Iggy Pop | China Girl | http://vimeo.com/8940040 |
| 204 | 302220 | Capitol Sched. A (Amended) | We Are Scientists | Worth the Wait | http://vimeo.com/302220 |
| 215 | 207723 | Capitol Sched. B (Amended) [pre-72] | Beatles | Back in the U.S.S.R. | http://vimeo.com/207723 |
| 229 | 5908057 | Capitol Sched. B (Amended) [pre-72] | David Bowie | Rock 'N Roll Suicide | http://vimeo.com/5908057 |
| 236 | 150310 | EMI Pub Sched. A (Amended) | Outkast | B.O.B. | http://vimeo.com/150310 |
| 238 | 191603 | EMI Pub Sched. A (Amended) | Flaming Lips | Do You Realize? | http://vimeo.com/191603 |
| 245 | 233299 | EMI Pub Sched. A (Amended) | Presidents of the United States of America | Lump | http://vimeo.com/233299 |
| 249 | 222079 | EMI Pub Sched. A (Amended) | Twista | Overnight Celebrity | http://vimeo.com/222079 |